IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MILTON B. DORTCH JR.,

            Petitioner,

vs.

TODD WASMER, Warden;

            Respondent.

8:20CV120

**MEMORANDUM AND ORDER**

      Petitioner filed a Petition for Writ of Habeas Corpus (filing no. 1)[1] and a Motion for Leave to Proceed in Forma Pauperis (filing no. 9). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account information at filing nos. 8 & 10), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

      IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 9) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

---

[1] Upon initial filing, the petition was unsigned, and the clerk of the court entered a Text Notice of Signature Deficiency requiring Petitioner to correct the deficiency. Petitioner filed a signed copy of the petition on April 20, 2020. (Filing No. 1-3.)

Dated this 22nd day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge